IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DOROTHY KEISLER**                                                            **PLAINTIFF**

v.                          No. 4:13-cv-188-DPM

**HOWMEDICA OSTEONICS**
**CORPORATION, a New Jersey**
**Corporation doing business as**
**Stryker Orthopaedics**                                                       **DEFENDANT**

## ORDER

Notice of related case, № 7, is moot.  Motions, № 8 & 9, denied as moot.

This case has already been transferred and stayed.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

 30 April 2013