IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DOROTHY KEISLER                                                                     PLAINTIFF

v.                              No. 4:13-cv-188-DPM

HOWMEDICA OSTEONICS
CORPORATION, a New Jersey
Corporation doing business as
Stryker Orthopaedics                                                                DEFENDANT

ORDER

Notice of related case, № 7, is moot. Motions, № 8 & 9, denied as moot.

This case has already been transferred and stayed.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

  30 April 2013